**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jonathon Marc SUTTER, Defendant–
Appellant.**

**No. 02–50282.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 16, 2003.

Filed Aug. 25, 2003.

Amended Nov. 4, 2003.

Ross E. Viselman, San Diego, CA, for
the defendant-appellant.

Roger W. Haines, Jr., and Francisco J.
Sanchez, Jr., Assistant United States At-
torneys, Criminal Division, San Diego, CA,
for the plaintiff-appellee.

Before: TASHIMA, BERZON, and
CLIFTON, Circuit Judges.

**ORDER**

The Opinion filed on August 25, 2003
[340 F.3d 1022], is amended as follows:

1) At slip op., p. 11983, paragraph 3, 2d
line [340 F.3d at 1027], change "Sutter's
indictment on September 18, 2001" to
"Sutter's arraignment on September 18,
2001."

2) At slip op., p. 11983, paragraph 3, line
5 [340 F.3d at 1027], change "October
22, 2002" to "October 22, 2001."

3) At slip op., p. 11992, paragraph 11,
line 7 [340 F.3d at 1032], add the words
"of the discovery dispute" after "settle-

ment" and before the closing parentheti-
cal.

With these amendments, the panel has
unanimously voted to deny appellant's pe-
tition for rehearing and petition for re-
hearing en banc.

The full court has been advised of the
petition for rehearing en banc, and no
judge has requested a vote on whether to
rehear the matter en banc. Fed. R.App.
P. 35.

The petition for rehearing and the peti-
tion for rehearing en banc are DENIED.